(13 Misc. Rep. 66.)

## GOODMANN v. RICCADONNA.

(Common Pleas of New York City and County, General Term. June 3, 1895.)

APPEAL FROM DISTRICT COURT—REVERSAL.
    Decision of justice of district court on conflicting evidence will not be
    reviewed unless it appears that the justice was influenced by prejudice,
    passion, or partiality.

Appeal from Seventh district court.

Action by Michael Goodmann against Abele Riccadonna for
goods sold and delivered. There was a judgment in favor of plain-
tiff, and defendant appeals. Affirmed.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Friend & House, for appellant.
Arthur Rothschild, for respondent.

BOOKSTAVER, J. At the close of the testimony, defendant
moved for judgment, on the ground that no authority had been
shown in the defendant's chef to receive the goods, and duly except-
ed to the denial of the motion. This is the only exception in the
record. The evidence upon this point, as well as upon every ma-
terial fact at issue, is conflicting. Plaintiff testified that the de-
fendant had dealt with him for about 12 years; that he ordered the
goods in question, which were delivered and at his request taken
upstairs to the head cook or chef, who receipted for them. When
asked upon his direct examination whether he received the goods,
defendant said, "I do not know," and afterwards said he did not
receive them. Plaintiff's testimony was corroborated by the evi-
dence given by his employé who delivered a part of the goods; de-
fendant's, by his wife.

The determination of a justice of a district court, upon conflicting
evidence, is not the subject of review by this court, unless it ap-
pears that he was influenced by prejudice, passion, or partiality.
Prince v. Feller, 10 Misc. Rep. 422, 31 N. Y. Supp. 139. This judg-
ment must therefore be affirmed, with costs. All concur.